IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID DEBOARD, JR., *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br>v.<br><br>FASIH, INC. D/B/A COMFORT INN – GREENFIELD,<br><br>    Defendant. | Civil Action No.: 1:13-cv-469-SEB-TAB |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff David DeBoard Jr. and Defendant Fasih, Inc d/b/a Comfort Inn – Greenfield, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint, with each party to bear its own costs and attorneys' fees.

Dated: March 11, 2016                    Respectfully submitted,

By: s/ Ryan R. Frasher                  By:  s/ Joel S. Paul

Ryan R. Frasher                                Joel S. Paul
The Frasher Law Firm, P.C.               Ramey & Hailey
155 E. Market Street Suite 450            9333 N. Meridian Street, Ste. 105
Indianapolis, IN 46204                     Indianapolis, IN 46260
Tel:  317.634.5544                         (317) 582-0000
Fax:  317.630.4824                       (317) 582-0080
rfrasher@frasherlaw.com              joel@rameyandhaileylaw.com

                                                Attorney for Defendant

Attorneys For Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2016, the below counsel of record will be served with a copy of this document via the Court's CM/ECF system pursuant to the local rules of this Court, or other allowable means. If said counsel of record has not registered for electronic notice, a copy will be served via first class U.S. mail.

Joel S. Pual
Joel@rameyandhaileylaw.com

                                                                   *s/ Ryan R. Frasher*
                                                                   Ryan R. Frasher